**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION**

**CIVIL CASE NO. 3:06cv73**

| | |
|---|---|
| **JOE HAND PROMOTIONS, INC.,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **vs.** | ) |
| | ) |
| **ANGRY ALES, INC., ROBERT** | ) |
| **JOHN ALFIERI and DEREK** | ) |
| **STEVEN PAGE,** | ) |
| | ) |
| **Defendants.** | ) |
| | ) |

**J U D G M E N T**

For the reasons set forth in the Memorandum and Order filed herewith,

**IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED** that the Plaintiff's motion for summary judgment is **ALLOWED**, and Judgment is hereby entered in favor of the Plaintiff and against the Defendants jointly and severally as follows:

1.  Judgment in the amount of $1,000.00 as statutory damages and in the amount of $1,000.00 as enhanced statutory damages together with interest as provided by law.

2.  Judgment in the amount of $2,560.00 as attorneys' fees.

Signed: October 29, 2007

Martin Reidinger
United States District Judge